

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BURLINGTON INSURANCE CO.                                          PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:05cv225DCB-JMR

GIBBS                                                           DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case,

and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice

as to all parties. If any party fails to consummate this settlement within (30) days , any aggrieved

party may reopen the case for enforcement of the settlement agreement within ten days, and if

successful , all additional attorneys' fees and costs from this date shall be awarded such aggrieved

party or parties against the party failing to consummate the agreement, The Court specifically

retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the  6th day of November , 2006.

_____
UNITED STATES MAGISTRATE JUDGE